UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS STEWART,

          Plaintiff,

v.

ERIN LYSTAD, et al.,

          Defendants.

CASE NO. C16-1439 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's application to proceed in forma pauperis is **DENIED**.

(3)     Plaintiff may pay the $400 filing fee by 12/16/2016 if she wishes to proceed with this action.

Dated this 17th day of November, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER